No. 76–1107. CROUCH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abney* v. *United States,* 431 U. S. 651, 664 n. 9 (1977).

No. 76–677. SAYLORS ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Larionoff,* 431 U. S. 864 (1977).

No. 76–1297. MILLS *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abney* v. *United States,* 431 U. S. 651, 664 n. 9 (1977).

No. A–976. BARKER *v.* UNITED STATES. Application for reduction of bail pending appeal to the United States Court of Appeals for the Tenth Circuit, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–1029. MCDONALD *v.* THOMPSON, WARDEN. Application for supersedeas bond pending appeal to the United States Court of Appeals for the Sixth Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–1036. ELLERS *v.* REDMAN, CORRECTION COMMISSIONER, ET AL. Application for writ of habeas corpus and other relief, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.